Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile:  954-524-2822

Attorneys for Plaintiff
Retina Associates Medical Group, Inc.

Robert Freund
robert@robertfreundlaw.com
ROBERT FREUND LAW
10866 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Telephone: 323-553-3407

Attorneys for Defendants
Pick Research Solutions, Inc.
and David L. Pick

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PICK RESEARCH SOLUTIONS, INC. d/b/a PICK RESEARCH SOLUTIONS and DAVID L. PICK d/b/a PICK RESEARCH SOLUTIONS,<br><br>Defendants. | Case No. 8:19-cv-01592-JLS-DFM<br><br>[Assigned to the Hon. Josephine L. Staton]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>(L.R. 16-15.7)<br><br>Action Filed: August 19, 2019 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 16-15.7, Plaintiff Retina Associates Medical Group, Inc. and Defendants Pick Research Solutions, Inc. d/b/a Pick Research Solutions and David L. Pick d/b/a Pick Research Solutions, hereby inform the Court that they have reached a settlement of Plaintiff's individual claims in this matter.

The parties are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution, the parties will file the appropriate documents with the Court

DATED: November 12, 2019          EDWARDS POTTINGER LLC
                                  SETH M. LEHRMAN

                                  By: */s/ Seth M. Lehrman*
                                      Seth M. Lehrman
                                      Attorneys for Plaintiff
                                      RETINA ASSOCIATES MEDICAL
                                      GROUP, INC.


DATED: November 12, 2019          ROBERT FREUND LAW
                                  ROBERT FREUND

                                  By: */s/ Robert Freund*
                                      Robert Freund
                                      Attorneys for Defendants
                                      PICK RESEARCH SOLUTIONS, INC.
                                      and DAVID L. PICK