JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PICK RESEARCH SOLUTIONS, INC. d/b/a PICK RESEARCH SOLUTIONS and DAVID L. PICK d/b/a PICK RESEARCH SOLUTIONS,<br><br>Defendants. | Case No. 8:19-cv-01592-JLS-DFM<br><br>[Assigned to the Hon. Josephine L. Staton]<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>Action Filed: August 19, 2019 |

The Court, having considered the Joint Stipulation for Dismissal (the Stipulation") and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Retina Associates Medical Group, Inc. ("Plaintiff"), in its individual capacity against Pick Research Solutions, Inc. d/b/a Pick Research Solutions and David L. Pick d/b/a Pick Research Solutions ("Defendants").

3. The above-entitled action is hereby dismissed without prejudice as to all Class claims alleged against Defendants.

-1-

4. Each party shall bear their own attorney's fees, costs and expenses.

**IT SO ORDERED**

Dated: December 20, 2019

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE